# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

Case Number:  9:18-cv-80496-RLR

SHASHI, LLC, a Florida
limited liability company,

                Plaintiff,

v.

THIRTY THREE THREADS, INC.,
a California Corporation,

                Defendant.

## JOINT PROPOSED SCHEDULING REPORT

Plaintiff, Shashi, LLC ("Plaintiff"), and Defendant, Thirty Three Threads, Inc. ("Defendant") (collectively "parties"), pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure, Local Rule 16.1(b)(2), and this Court's Order dated August 6, 2018 [D.E. 9], counsel for Plaintiff and counsel for Defendant conferred on August 9, 2018, and submit this Joint Proposed Scheduling Report in anticipation of the Scheduling Conference set for on August 14, 2018 at 9:45 A.M. as follows:

### 1.     Likelihood of Settlement

The parties have and continue to explore settlement possibilities, have been making every reasonable effort to attempt to settle this matter, and will advise the Court promptly should this matter settle.

### 2.     Likelihood of Appearance in the Action of Additional Parties

The Parties do not anticipate the appearance of additional parties, but reserve the right to add additional parties during discovery.

### 3. **Proposed Limits on Time**

Defendant's response to Plaintiff's complaint is due on September 11, 2018. Defendant anticipates filing at least a Motion to Dismiss and/or Transfer this case to the Southern District of California, and has proposed that discovery not proceed and initial disclosures not be served until at least November 1, 2018, to allow the Court time to rule on its Motion(s). Plaintiff believes that Defendant's Motion(s) do not warrant a stay of proceedings and proposes that initial disclosures be served on September 4, 2018.

|    | ACTION | PLAINTIFF'S PROPOSED DEADLINE | DEFENDANT'S PROPOSED DEADLINE |
|----|--------|-------------------------------|-------------------------------|
| 1. | Service of Initial Disclosures | **September 4, 2018** | **November 1, 2018** |

Other than the timing of the initial disclosures, the parties have agreed upon and submit the following schedule of proposed dates:

|    | ACTION | JOINT PROPOSED DEADLINE |
|----|--------|-------------------------|
| 2. | Final date for joinder of any additional parties: | **November 6, 2018** |
| 3. | Final date for the parties to file amended pleadings without leave of court: | **November 27, 2018** |
| 4. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. civ. P. 26(a)(2) by: | **March 10, 2019** |
| 5. | Parties shall exchange rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26 (a)(2) by: | **April 10, 2019** |
| 6. | Selection of mediator due by: | **April 17, 2019** |
| 7. | Fact discovery shall be complete by: | **April 17, 2019** |

| | ACTION | JOINT PROPOSED DEADLINE |
|---|---|---|
| 8. | Expert discovery shall be complete by: | **June 12, 2019** |
| 9. | Dispositive motions, including those regarding summary judgment, must be filed by | **July 27, 2019** |
| 10. | All *Daubert* Motions must be filed by: | **August 26, 2019** |
| 11. | Mediation shall be completed by: | **September 25, 2019** |
| 12. | All pretrial motions and memoranda of law must be filed by: | **October 25, 2019** |
| 13. | Motions in limine must be filed by: | **August 17, 2019** |
| 14. | Joint pretrial stipulations, proposed joint jury instructions, proposed joint verdict form and/or proposed findings of fact and conclusions of law must be filed by: | **August 17, 2019** |
| 15. | Parties shall exchange written lists containing the names and addresses of all fact witnesses intended to be called at trial by: | **August 17, 2019** |

**4.    Proposals for Formulation and Simplification of Issues**

The parties agree to make their best efforts to simplify the issues if it becomes apparent through the course of discovery that any claim or defense is not supported by the evidence, including stipulation to facts as appropriate, and will continue to pursue resolution of these issues prior to trial.

The parties agree that electronic service will be sufficient and service by mail will not be required.

**5.    The Necessity and Desirability of Amendments to the Pleadings**

Amendments to the pleadings may occur as discovery evolves and disclosures are made.

3

6. **Possibility of Obtaining Admissions of Fact, Stipulations, an Advance Rulings on Evidence**

The parties will in good faith attempt to obtain admissions of fact and documents that will avoid unnecessary proof and cumulative evidence and will promptly notify the Court of the need for any advance rulings on the admissibility of evidence.  The parties will confer with one another on issues regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things.  The parties do not anticipate departing from the Federal or Local Rules regarding discovery, and believe that they will primarily engage in discovery and the exchange of documents electronically.  After discovery, the Parties anticipate that they will stipulate to the authenticity of most, if not all, documents and will make their best efforts to stipulate or admit facts where possible.  The parties will discuss the ability to waive authenticity objections for records and other items obtained through the discovery process.

7. **Suggestions to Avoid Unnecessary Proof and Cumulative Evidence**

The parties have discussed the possibility of obtaining admissions of fact and of documents, stipulations regarding authenticity of documents, and efforts to avoid unnecessary proof and cumulative evidence, and have agreed to make their best efforts to agree on such admissions, stipulations, and suggestions for the avoidance of unnecessary proof and of cumulative evidence, and to file such with the Court along with motions, if deemed necessary, for advance rulings on the admissibility of evidence.

8. **Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

The parties do not consent to trial before a United States Magistrate Judge.  However, the parties agree that discovery matters may be referred to the Magistrate Judge.

9. **Preliminary Estimate of Time Required for Trial**

Pursuant to Local Rule 16.1(a)(2), the parties agree that based on the issues of design patent and trade dress infringement and applicable defenses and counterclaims, this case should be placed on this Court's Standard Track. The parties believe this matter will require three (3) to four (4) days for trial.

10. **Suggested Trial and Pretrial Dates**

The parties may request a conference before trial.

The pretrial conference date has not been set.

The trial date has not been set.

11. **Any other Information that might be helpful**

Defendant intends to file a motion to dismiss or transfer this case to the Southern District of California. The parties are unaware of any additional information that might be helpful to the court, but the parties will apprise the Court should other information come to light.

12. **Rule 26(a) Timing and Form of Disclosures**

As discussed above in Section 3, the parties are in disagreement as to the timing of the disclosures as required by Rule 26(a). At this time, the parties do not anticipate that this case will involve voluminous discovery production and, accordingly, do not anticipate that electronically stored information will involve special requirements. Plaintiffs and Defendant may negotiate a protective order that will be used to designate the parties' respective confidential information as either "confidential" or "confidential-attorney's eyes only" in order to facilitate the disclosure of sensitive information. The parties will present such an order to the Court for approval and entry.

Respectfully submitted this 13th day of August, 2018,

By: s/W. John Eagan
John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Meredith Frank Mendez
Florida Bar No. 502,235
mmendez@malloylaw.com
W. John Eagan
Florida Bar No. 105,101
johneagan@malloylaw.com
**MALLOY & MALLOY, P.L**.
2800 S.W. Third Avenue
Miami, Florida  33129
Telephone (305) 858-8000
Facsimile (305) 858-0008

Attorneys for Plaintiff, Shashi, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served by electronic mail on all counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated: August 13, 2018                              By:  s/Dale P. DiMaggio
                                                                    Dale P. DiMaggio

## SERVICE LIST

John Cyril Malloy, III
jcmalloy@malloylaw.com
Meredith Frank Mendez
mmendez@malloylaw.com
W. John Eagan
johneagan@malloylaw.com
**MALLOY & MALLOY, P.L.**

2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000
Facsimile (305) 858-0008

*Attorneys for Plaintiff, Shashi, LLC*