**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:18-CV-80496-ROSENBERG/REINHART**

SHASHI, LLC,

    Plaintiff,

v.

THIRTY THREE THREADS, INC.,

    Defendant.

_____/

**ORDER GRANTING JOINT**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice at

docket entry 32.  In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.  All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and

    all deadlines are **TERMINATED**.

2.  The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 29th day of October,

2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record